UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOEL BETANCOURT, et al.,

    Plaintiffs,

v.                                  CASE NO. 8:14-CV-1219-T-17MAP

GENERAL SERVICES OF
VA, INC.,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 103    Motion for Summary Judgment

In Plaintiffs' Motion, Plaintiffs request the opportunity to show that Plaintiffs have evidence to support their claims. Plaintiffs state that they have pay stubs to show that Defendant did not pay overtime in accordance with the FLSA, did not pay commission as promised, and did not pay incentive as promised.

The Court previously directed Plaintiffs to respond to Defendant's Amended Motion for Summary Judgement, and directed Plaintiffs to appear for deposition. Only one Plaintiff appeared for deposition. Plaintiffs did not participate in discovery by responding to interrogatories and requests for production.

The Court previously explained to Plaintiffs that a party who proceeds pro se is still required to comply with the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. The Court explained that this case is controlled by the Case Management and Scheduling Order entered in 2014, and the Court directed

Case No. 8:14-CV-1219-T-17MAP

Plaintiffs to comply with the Court's Orders and the applicable rules of procedure. (Dkt. 35).

Plaintiffs' Motion for Summary Judgment is untimely, and includes only conclusory allegations that are not supported by affidavits, depositions, a schedule of pay stubs or copies of pay stubs, or Plaintiffs' own records of allegedly inadequate compensation paid to Plaintiffs. Plaintiffs do not explain why Plaintiffs did not or could not previously comply with the Court's Orders to respond to Defendant's Amended Motion for Summary Judgment.

Because Plaintiffs' Motion for Summary Judgment is untimely and completely unsupported, the Court denies Plaintiffs' Motion for Summary Judgment. Accordingly, it is

**ORDERED** that Plaintiffs' Motion for Summary Judgment (Dkt. 103) is **denied**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of October, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2